| Notice of Appeal Criminal | CO-290<br>Rev. 3/88 |
|---|---|

# United States District Court for the District of Columbia

**05-6491M-24**

UNITED STATES OF AMERICA )
)
vs.                                          )        Criminal No. P0571214
)
Andrew C. Schoerke (Pro Se)      )

## NOTICE OF APPEAL

Name and address of appellant:       Andrew C. Schoerke
212 Middle Road
Shaftsbury, VT 05262

Name and address of appellant's attorney:       Defendant Pro Se

Offense: **Demonstrating without a Permit**

Concise statement of judgment or order, giving date, and any sentence:

Guilty: 11/17/05
Judgment Entered:
$50 fine, $25 Administrative Fee

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_12/3/05_                                       _Andrew C. Schoerke (Pro Se)_
DATE                                              APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?         YES ☐    NO ☐
Has counsel ordered transcripts?                      YES ☐    NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES ☐    NO ☑

**RECEIVED**
DEC - 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT