# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                               )
                               )
         v.                 ) Case No. 05-MJ-00649-AK
                               )
                               )
ANDREW C. SCHOERKE      )

FILED

MAY 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ~~UNOPPOSED~~ MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE APPELLANT'S BRIEF

We respectfully move this Court for a ninety (90) day extension of time, within which to
file our pro se brief in this case. In support of this Motion we state the following:

1.  Our brief in support of our appeal is due April 24, 2006, by this Court's order
    of February 2, 2006.

2.  We, the undersigned Appellants represented ourselves, pro se, at our trial
    before Magistrate Judge Kay on November 16, 2005. We are unable to meet
    the April 24, 2006 briefing schedule since four other defendants, Gary
    Ashbeck, Lynn Robinson, Paul Martin and Eve Tetaz, charged with the same
    offense were acquitted by Magistrate Judge Robinson of the same charge on
    April 19, 2006. Because of the results of their trial, we are requesting an
    extension due to insufficient time in which to prepare a proper defense based
    on the results of the April 19, 2006.

3.  We also request an extension because we will require additional time in
    which to review transcripts for all four trials (15NOV05, 21DEC05,
    18JAN06 and 19APR06) and obtain guidance and assistance from an
    Attorney Advisor and others in preparing our brief.

RECEIVED

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.   This is the first briefing schedule in this case as the matter was heard on November 16, 2005, the judgment entered on December 7, 2005 and Appeal Order filed April 11, 2006.

5.   Appellee does    oppose this motion.

**WHEREFORE,** appellant respectfully requests that this Motion be granted and this Court allow a ninety (90) day extension of time within which all defendants who have filed a notice of appeal from the November 16, 2005 trial, may file a Brief in this case. Alternatively, appellant respectfully requests this motion be granted and that this Court allow a ninety (90) day extension of time, within which we may file our Brief in this case.

Respectfully
submitted,

Andrew C Schoerke